UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NELSON WILKINS ALLEN,                    )<br>                                                              )<br>         Petitioner,                                  )<br>                                                              )<br>         v.                                                  )<br>                                                              )<br>KENNETH QUINN,                              )<br>                                                              )<br>         Respondent.                             )<br>_____) | CASE NO.   C07-639-RSL-MJB<br><br>ORDER GRANTING PETITIONER'S<br>MOTION FOR EXTENSION OF TIME |

The Court, having considered petitioner's motion for extension of time to reply, and the balance of the record, does hereby find and ORDER as follows:

(1) Petitioner's motion for an extension of time to file a reply to Respondent's answer to his petition for writ of habeas corpus (Dkt. #17) is GRANTED.  Petitioner is directed to file and serve his response not later than ***October 26, 2007***.

(2) Petitioner's federal habeas petition shall be RE-NOTED on the Court's calendar for consideration on ***November 2, 2007.***

//

//

//

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE - 1

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Robert S. Lasnik.

DATED this 2nd day of October, 2007.

MONICA J. BENTON
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE - 2